# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID BEHRAZFAR,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 06cv128 BTM (AJB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE** |

　　In a Report and Recommendation filed on March 8, 2007, Magistrate Judge Battaglia recommended that the Court grant Defendants' Motion to Dismiss Plaintiff's Complaint. No objections were filed. The Court agrees with the Report and Recommendation and adopts it as the decision of the Court. Defendants' Motion to Dismiss Plaintiff's Complaint is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall enter final judgment dismissing the case without prejudice.

**IT IS SO ORDERED.**

DATED: May 7, 2007

　　　　　　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge